IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TWYLA PEASE                                                              PLAINTIFF

v.                                      No. 5:17-CV-05227

JOSH COOK, et al.                                                       DEFENDANTS

## OPINION AND ORDER

Before the Court is Defendant Josh Cook's motion to dismiss based on insufficient proof of service (Doc. 5). For the reasons set forth below, Cook's motion to dismiss will be denied.

On November 17, 2017, Cook was personally served by a process server. (Doc. 7). Therefore, according to Federal Civil Procedure Rule 4(b)(2)(A), he was served sufficiently. The docket reflects that the summons was properly served on November 17, 2017.

The Defendant has fourteen (14) days from the date of this order to file a responsive pleading to the Plaintiff's complaint.

IT IS THEREFORE ORDERED that Defendant's motion to dismiss (Doc. 5) is DENIED.

IT IS FURTHER ORDERED that Defendant's alternative request for extension of time (Doc. 5) is also DENIED.

IT IS SO ORDERED this 14th day of December, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE